| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF FLORIDA |
| Case number *(if known)* _____  Chapter  11 |

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy         4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | **Debtor's name** | Astor EB-5, LLC |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 46-0917208 |
| 4. | **Debtor's address** | **Principal place of business** 956 Washington Avenue Miami Beach, FL 33139 *Number, Street, City, State & ZIP Code* Miami-Dade *County* | **Mailing address, if different from principal place of business** 14 NE 1 Ave. #1400 Miami, FL 33132 *P.O. Box, Number, Street, City, State & ZIP Code* **Location of principal assets, if different from principal place of business** _____ *Number, Street, City, State & ZIP Code* |
| 5. | **Debtor's website** (URL) | www.Hotelastor.com |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ |

Debtor   Astor EB-5, LLC
         Name                                                              Case number (*if known*)

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ■ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 2

Debtor  Astor EB-5, LLC                                    Case number (*if known*)
　　　　*Name*

**11. Why is the case filed in *this district*?**  *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
　　What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other  _____

**Where is the property?**  _____
　　　　　　　　　　　　　　　　Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency  _____
　　　　　Contact name  _____
　　　　　Phone  _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor    Astor EB-5, LLC                            Case number (*if known*)
         Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    November 14, 2018
               MM / DD / YYYY

**X**   /s/ David J. Hart                          David J. Hart
     Signature of authorized representative of debtor      Printed name

Title    Manager

**18. Signature of attorney**

**X**   /s/ Paul L. Orshan                  Date   November 14, 2018
     Signature of attorney for debtor                 MM / DD / YYYY

Paul L. Orshan
Printed name

ORSHAN, P.A.
Firm name

701 Brickell Ave.
Suite 2000
Miami, FL 33131
Number, Street, City, State & ZIP Code

Contact phone   305-529-9380      Email address   paul@orshanpa.com

FBN 776203 FL
Bar number and State

Fill in this information to identify the case:

Debtor name: Astor EB-5, LLC
United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1651 Astor LLC  6971 N. Federal Hwy  Suite 100  Boca Raton, FL 33487 | | | Disputed | | | $241,905.38 |
| SMS Lodging LLC  c/o Levine & Partners, P.A.  3350 Mary St.  Miami, FL 33133 | | | Disputed | | | $162,662.87 |
| Booking.com  P.O. Box 1639 1000 BP  Amsterdam  The Netherlands | | | | | | $30,288.00 |
| Cole, Scott & Kissane  9150 South Dadeland Blvd  Suite 1400  Miami, FL 33156 | | | | | | $28,229.62 |
| Alejandro Martinez  1618 Sand Hill Road  Apt 105  Palo Alto, CA 94304 | | | | | | $25,000.00 |
| Maria Claudia Lodo  11659 Vinci Drive  Windermere, FL 34789 | | | | | | $25,000.00 |
| Stem LLC  c/o Chase Lawyers  21 SE 1 Ave.  Suite 700  Miami, FL 33131 | | | Disputed | | | $18,000.00 |

Debtor  Astor EB-5, LLC
      Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Allen Norton & Blue PA<br>121 Majorca Avenue Suite 300<br>Coral Gables, FL 33134 | | | Disputed | | | $16,642.72 |
| City of Miami Beach<br>1700 Convention Center Drive<br>Miami Beach, FL 33139 | | | | | | $16,292.08 |
| Washing Kings<br>1712 SW 1 St.<br>Miami, FL 33135 | | | | | | $16,236.98 |
| TY Group<br>10800 NW 106 St. Suite 12 Miami, FL 3317<br>Suite 12<br>Miami, FL 33178 | | | | | | $15,129.03 |
| Florida Dept of Revenue<br>8175 NW 12th Street Suite 224<br>Doral, FL 33126 | | | | | | $14,223.78 |
| Florida Power & Light<br>General Mail Facility<br>Miami, FL 33188 | | | | | | $12,229.75 |
| CitiBusiness AAdvantage<br>P.O. Box 9001037<br>Louisville, KY 40290-1037 | | | | | | $12,174.44 |
| Atlantic Broadband<br>P.O. Box 371801<br>Pittsburgh, PA 15250-7801 | | | | | | $11,382.88 |
| American Express Merchant Financing<br>World Financial Center<br>200 Vessey St.<br>New York, NY 10285 | | | | | | $11,300.00 |
| The Murtha Law Group, P.A.<br>7351 Office Park Place<br>Melbourne, FL 32940 | | | | | | $11,008.98 |
| Ford Harrison<br>P.O. Box 890836<br>Charlotte, NC 28289-0836 | | | | | | $7,450.00 |

Debtor    Astor EB-5, LLC
          Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Neighbors Coffee Company<br>5963 SW 21 St<br>West Park, FL 33023 | | | | | | $6,476.48 |
| Waste Management<br>P.O. Box 4648<br>Carol Stream, IL 60197-4648 | | | | | | $6,431.41 |

1651 Astor LLC
6971 N. Federal Hwy
Suite 100
Boca Raton, FL 33487


Alejandro Martinez
1618 Sand Hill Road
Apt 105
Palo Alto, CA 94304


Allen Norton & Blue PA
121 Majorca Avenue
Suite 300
Coral Gables, FL 33134


American Express
Merchant Financing
World Financial Center
200 Vessey St.
New York, NY 10285


APEX Environmental Solutions Inc
7842 NW 178 St.
Hialeah, FL 33015


Astor EB5 Funding LLC
14 NE 1 Ave
Suite 1400
Miami, FL 33132


AT&T
P.O. Box 105262
Atlanta, GA 30348-5262


Atlantic Broadband
P.O. Box 371801
Pittsburgh, PA 15250-7801


Booking.com
P.O. Box 1639 1000 BP
Amsterdam
The Netherlands


CitiBusiness AAdvantage
P.O. Box 9001037
Louisville, KY 40290-1037

City of Miami Beach
1700 Convention Center Drive
Miami Beach, FL 33139


Cole, Scott & Kissane
9150 South Dadeland Blvd
Suite 1400
Miami, FL 33156


David J Hart as Manager of Astor EB-5, L
14 NE 1 Ave
Suite 1400
Miami, FL 33132


Fabiola Renza De Valenzuela
c/o Ricardo Corona, Esq.
3899 NW 7th St
Miami, FL 33126-5551


Flavio Maronese
Av. 8 No. 784 4to Andar Espinho
Aveiro
Portugal 4500-207


Florida Dept of Revenue
8175 NW 12th Street
Suite 224
Doral, FL 33126


Florida Power & Light
General Mail Facility
Miami, FL 33188


Ford Harrison
P.O. Box 890836
Charlotte, NC 28289-0836


FPL Energy Services
P.O. Box 25426
Miami, FL 33102-5426


Gela Kovalsky
c/o Ricardo Corona, Esq.
3899 NW 7th St
Miami, FL 33126-5551

Global Concept Elevator
2152 Tyler St
Hollywood, FL 33020


HiQ Data Corp
1414 NW 107 Ave
Suite 204
Miami, FL 33172


Hub International Limited
777 SW 37 Ave
Suite 500
Coral Gables, FL 33135


Internos Technology
14040 NW 82 Ave
Miami Lakes, FL 33016


Irak Manuel Ferreira Marino
c/o Ricardo Corona, Esq.
3899 NW 7th St
Miami, FL 33126-5551


Israel Ferreira
c/o Ricardo Corona, Esq.
3899 NW 7th St
Miami, FL 33126-5551


Jaime Salinas
7087 NW 50 St.
#2768
Medley, FL 33166


Karen Minard
c/o Georges Pierre PLLC
44 West Flagler St.
Suite 2200
Miami, FL 33130


Maria Claudia Lodo
11659 Vinci Drive
Windermere, FL 34789


Miami Dade County Property Taxes
200 NW 2 Ave
Miami, FL 33128

```
Miami Dade County Tax Collector
200 NW 2 Ave
Miami, FL 33128-1735


Miami Dade County Tax Collector
200 NW 2 Ave Miami, FL 33128-1735
Miami, FL 33128-1735


Neighbors Coffee Company
5963 SW 21 St
West Park, FL 33023


Onity
Lockbox 223067
Pittsburgh, PA 15251-2067


Ouellette & Mauldin
1550 S. Dixie Hwy
Suite 205
Miami, FL 33146


Phones R Us
1035 NE 125 St.
Unit 200
North Miami, FL 33161


Red Hawk
P.O. Box 530212
Atlanta, GA 30353-0212


Roberto Mazza
690 S.W. 1st Court
Apt. 2124
Miami, FL 33130


Sceptre Hospitality Resources, LLC
1900 West Loop South
Suite 1800
Houston, TX 77027


Shift4/Dollars on the Net
1491 Center Crossing Rd
Las Vegas, NV 89144
```

SMS Lodging LLC  
c/o Levine & Partners, P.A.  
3350 Mary St.  
Miami, FL 33133

Stem LLC  
c/o Chase Lawyers  
21 SE 1 Ave.  
Suite 700  
Miami, FL 33131

Steven La Cava  
c/o Philip S Vova, Esq.  
4000 Hollywood Blvd Ste 500N  
Hollywood, FL 33021-1224

Sysco South Florida  
P.O. Box 64000A  
Miami, FL 33164-9000

Teco People's Gas  
P.O. Box 31318  
Tampa, FL 33631-3318

The Murtha Law Group, P.A.  
7351 Office Park Place  
Melbourne, FL 32940

Truly Nolen  
5931 Hallandale Beach Blvd  
West Park, FL 33023-5245

TY Group  
10800 NW 106 St. Suite 12 Miami, FL 3317  
Suite 12  
Miami, FL 33178

Washing Kings  
1712 SW 1 St.  
Miami, FL 33135

Waste Management  
P.O. Box 4648  
Carol Stream, IL 60197-4648

```
World Web Technologies
P.O. Box 234 Chestermere, Alberta, Canad
Alberta
Canada T1X 1K8


Zorida M. Yanez
c/o Ricardo Corona, Esq.
3899 NW 7th St
Miami, FL 33126-5551
```