# United States Bankruptcy Court
## Southern District of Florida

In re    Astor EB-5, LLC

Debtor(s)

Case No.

Chapter    11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Astor EB-5, LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

November 14, 2018

Date

/s/ Paul L. Orshan

Paul L. Orshan

Signature of Attorney or Litigant
Counsel for    Astor EB-5, LLC
ORSHAN, P.A.

701 Brickell Ave.
Suite 2000
Miami, FL 33131
305-529-9380 Fax:305-402-0777
paul@orshanpa.com