UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
*MIAMI DIVISION*
www.flsb.uscourts.gov

In re:                                                                 Case No. **18-24170-AJC**

**ASTOR EB-5, LLC,**                                      Chapter **11**

Debtor.
_____/

## CHAPTER 11 CASE MANAGEMENT SUMMARY

In compliance with Local Rule 2081-1(B), the Debtor-in-Possession, **ASTOR EB-5, LLC** (the "Debtor"), files this *Chapter 11 Case Management Summary* and states:

The following data represents approximations for background information only and the information may represent the Debtor's best estimate in response to some of the ensuing questions.

1. Date of Order for Relief under Chapter 11 (voluntary petition date): November 14, 2018

2. Names, case numbers and dates of filing of related debtors:

3. Description of debtor's business:

    The Debtor's business activities include the ownership of the building and contents located at 956 Washington Ave, Miami Beach, FL, which was operating as the Hotel Astor until September 2018. The Debtor holds a deed to the building and contents, and assumed the ground lease listed below in item 4.

4. Location of debtor's operations and whether the business premises are leased or owned:

    956 Washington Avenue
    Miami Beach, Florida

    Premises are leased:
    Landlord is 1651 Astor, LLC
    Lease Acquired August 2013

5. Reasons for filing chapter 11: Preserve the value of the Debtor's assets and to stop an eviction by the landlord.

6. List of officers and directors, if applicable, and their salaries and benefits at the time of filing and during the one (1) year prior to filing:

    David Hart, Manager (salary of $ 0/wk)

7. Debtor's fiscal or calendar year-to-date gross income and the Debtor's gross income for the calendar or fiscal year prior to the filing of this petition:

    2017 - $1,916,564
    2018 - $1,306,135 (through 9/18 when operations stopped)

8. Amounts owed to various creditors:

    a. Priority creditors including priority tax obligations:

        Miami Dade County (tourist tax) - $10,318.69
        City of Miami Beach (resort tax) - $13,808.65

    b. With respect to creditors holding secured claims, the name of and amounts owed to such creditors and a description and estimated value of all collateral of the debtor securing their claims:

        Astor EB5 Funding, LLC - $4.5 million (leasehold mortgage)

        Miami-Dade County (property tax) - $250,733.86 (2017/2018)

    c. Approximate amount of unsecured claims:
        $1.1 million

9. General description and approximate value of the Debtor's assets:

    The Debtor's assets consist of the building and contents located at 956 Washington Avenue, Miami Beach, FL.
    Value of the assets is between $3 million and $10 million.

10. List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and date the policy expires:

    All insurance coverage lapsed due to non-payment. The Debtor is in the process of securing replacement property and liability insurance.

11. Number of employees and amounts of wages owed as of Petition Date:

      0 employees – approx. $0 owed as of Petition Date

12. Status of Debtor's payroll and sales tax obligations, if applicable. This does not eliminate the obligation of chapter 11 debtors (other than individuals not engaged in business) to provide the more detailed payroll tax information required by Local Rule 2081-1(A):

      Payroll taxes - none
      Fla. Dept. of Revenue (sales tax) - $14,223.78

13. Anticipated emergency relief to be requested within 14 days from the Petition Date:

      Application to Employ Counsel
      Utilities Motion

Date: Nov 15, 2018

ASTOR EB-5, LLC

By: David Hart
Its: Manager

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 16, 2018, a true and correct was served via the Court's CM/ECF system to the Office of the United States Trustee for the Southern District of Florida, and all registered CM/ECF users in this case.

ORSHAN, P.A.
*Proposed Counsel for Debtors*
701 Brickell Ave, Suite 2000
Miami, Florida 33131
Telephone: (305) 529-9380
Facsimile: (305) 402-0777
paul@orshanpa.com

By: /s/ Paul L. Orshan
     Paul L. Orshan, Esq.
     Florida Bar No.: 776203