UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                                  Case No. 18-24170-AJC

ASTOR EB-5, LLC                                                  Chapter 11

         Debtor.
_____/

# NOTICE OF APPEARANCE AND
# REQUEST FOR SERVICE OF PLEADINGS AND OTHER PAPERS

**TO ALL PARTIES, PLEASE TAKE NOTICE THAT:**

      Berger Singerman LLP, as counsel for creditor, 1651 Astor LLC, hereby files this *Notice of Appearance and Request for Service of Pleadings and Other Papers* (the "Notice"), pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and that such party in interest hereby respectfully requests, pursuant to section 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002, 9007 and 9010, that copies of all notices and pleadings given or requested to be served in this case be served upon the undersigned attorney at the following address:

                              Brian G. Rich, Esq.
                              Berger Singerman LLP
                              313 North Monroe Street
                              Suite 301
                              Tallahassee, FL 32301
                              Telephone: (850) 561-3010
                              Facsimile: (850) 561-3013
                              E-mail: BRich@bergersingerman.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant section 1109(b) of the Bankruptcy Code and Rule 2002 of the Bankruptcy Rules, this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, any notice, application, motion, petition, complaint, demand, hearing, pleading, request, disclosure statement or plan of reorganization, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile transmission, email, Internet or otherwise filed or given with regard to this case and proceedings therein, or that affects or seeks to affect in any way any rights or interests of any party in interest in this case with respect thereto.

**PLEASE TAKE FURTHER NOTICE** that, neither this Notice nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed a waiver of any right of 1651 Astor LLC: (i) to have final orders in non-core matters entered only after *de novo* review by a United States District Court; (ii) to trial by jury in any proceeding so triable in this case, controversy, or proceeding related hereto; (iii) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) to object to any jurisdiction of this Court for any purpose other than with respect to this Notice; or (v) to any rights, claims, actions, defenses, setoffs, recoupments or remedies to which 1651 Astor LLC is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, recoupments and remedies 1651 Astor LLC expressly reserve hereby.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on this 19th day of November, 2018 by electronic transmission through the Court's CM/ECF system upon all interested parties on the attached Electronic Mail Notice List.

                              BERGER SINGERMAN LLP
                              313 North Monroe Street
                              Suite 301
                              Tallahassee, FL 32301
                              Telephone:  (850) 561-3010
                              Facsimile:  (850) 561-3013


By:  */s/ Brian G. Rich*
       Brian G. Rich
       Florida Bar No. 38229
       BRich@bergersingerman.com

*Counsel for 1651 Astor LLC*

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Paul L. Orshan    paul@orshanpa.com, seelenams@gmail.com

8803583-1