

**ORDERED in the Southern District of Florida on November 19, 2018.**

_____
**A. Jay Cristol, Judge
United States Bankruptcy Court**
_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA**
*MIAMI DIVISION*

In re:                                                                              Case No.: **18-24170-AJC**

**ASTOR EB-5, LLC**            ,                                     Chapter **11**

Debtor and Debtor-In-Possession.
_____/

**INTERIM ORDER (I) APPROVING
APPLICATION FOR AN ORDER AUTHORIZING THE EMPLOYMENT
OF ORSHAN, P.A. AS COUNSEL FOR DEBTOR AND
DEBTOR-IN-POSSESSION PURSUANT TO 11 U.S.C. §§ 327 AND 330** *NUNC PRO
TUNC* **TO THE PETITION DATE; AND (II) SETTING FINAL HEARING**

**THIS CAUSE** having come before the Court on November 19, 2018 at 12:00 p.m. upon the *Debtor's Application for an Order Authorizing the Employment of Orshan, P.A. as Counsel for Debtor and Debtor-in-Possession Pursuant to 11 U.S.C. §§ 327 and 330* (the "Application") [DE 3, and the Affidavit of Paul L. Orshan, Esq. on behalf of Orshan, P.A., as Proposed Counsel for the Debtor [DE 3-1], (the "Affidavit"), attached to the Application.

The Application requests entry of an Order approving the Debtor's employment of Orshan, P.A. to represent it as general counsel in this Chapter 11 case. The Court has jurisdiction

over the matters raised in the Application pursuant to 28 U.S.C. §157(b)(2)(A). The relief requested in the Application in in the best interests of the Debtor, its estate and its creditors. The Affidavit makes relevant disclosures as required by Federal Rules of Bankruptcy Procedure 2014 and 2016 (the "Bankruptcy Rules"). The Affidavit contains a verified statement as required by Bankruptcy Rule 2014 demonstrating that Paul L. Orshan, Esq. and Orshan, P.A. are disinterested as required by 11 U.S.C. §327(a). Pursuant to 11 U.S.C. §327(a), Bankruptcy Rule 2014(a), and Local Rule 2014-1(A), the Court is authorized to grant the relief requested in the Application. Upon the record herein, and after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein. Accordingly, it is hereby

**ORDERED** as follows:

1. The Application is **APPROVED** on an interim basis.

2. The employment of Orshan, P.A. as general counsel to the Debtor in the Chapter 11 case is approved, pursuant to 11 U.S.C. § 327(a), on an interim basis.

3. The employment of Orshan, P.A. by the Debtor shall be *nunc pro tunc* to the Petition Date.

4. In the event the Application is not granted on a final basis, Orshan, P.A. shall be authorized to submit a fee application with this Court for compensation for fees and expenses incurred between the Petition Date and the Final Hearing. All objections to the allowance of any fees are reserved. Nothing in this order shall be deemed as an approval or entitlement to any such fees.

5. The Court shall conduct a final hearing (the "Final Hearing") to approve the Application on December 6, 2018 at 11:00 a.m. in the United States Bankruptcy Court, 301 N. Miami Ave., Courtroom 7, Miami, FL 33128.

6. Entry of this Interim Order is without prejudice to the rights of any party-in-interest to interpose an objection to the Application, and any such objection will be considered on a *de novo* standard at the Final Hearing.

7. The Debtor is authorized to take all actions necessary to effectuate the relief granted pursuant to this Interim Order and in accordance with the Application.

8. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

###

Submitted by:
Paul L. Orshan, Esq.
**Orshan, P.A.**
*Proposed Counsel for Debtor*
701 Brickell Ave., Suite 2000
Miami, Florida 33131
Telephone: (305) 529-9380
Facsimile: (305) 402-0777
paul@orshanpa.com

*Attorney Paul L. Orshan shall serve a copy of the signed order on all interested parties and file with the court a certificate of service confirming with Local Rule 2002-1(F).*