

**ORDERED in the Southern District of Florida on November 19, 2018.**

_____
A. Jay Cristol, Judge
United States Bankruptcy Court

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA**
*MIAMI DIVISION*
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. **18-24170-AJC** |
| **ASTOR EB-5, LLC** | Chapter **11** |
| Debtor and Debtor-in-Possession. _____/ | |

**ORDER GRANTING DEBTOR'S EMERGENCY MOTION FOR
ORDER PURSUANT TO SECTIONS 105(a) AND 366 BANKRUPTCY
CODE (i) PROHIBITING UTILITIES FROM ALTERING,
REFUSING OR DISCONTINUING SERVICE ON ACCOUNT
OF PREPETITION INVOICES; (ii) APPROVING THE DEBTOR'S
PROPOSED ADEQUATE ASSURANCE OF PAYMENT; AND (iii)
ESTABLISHING PROCEDURES FOR DETERMINING
ADDITIONAL REQUESTS FOR ADEQUATE ASSURANCE OF PAYMENT**

**THIS CAUSE,** having come before the Court on November 19, 2018 at 12:00 p.m. upon the *Debtor's Emergency Motion for Order pursuant to Sections 105(a) and 366 of the Bankruptcy Code (i) Prohibiting Utilities from Altering, Refusing or Discontinuing Service on Account of Prepetition Invoices; (ii) Approving the Debtor's Proposed Adequate Assurance of Payment; and (iii) Establishing Procedures for Determining Additional Requests for Adequate Assurance of Payment* ("Motion") [DE 5] and the Court, having determined that the relief

requested in the Motion is in the best interests of the Debtor, the estate, and creditors; and it appearing that proper and adequate notice has been given by service of the Motion on the Office of the United States Trustee, and all parties who filed a notice of appearance, and Florida Power & Light Co. ("FPL") , and that no other or further notice is necessary; having heard argument of counsel, and considered the record; finding that good and sufficient cause exists to grant the Motion it is ORDERED as follows:

1. The Motion is **GRANTED**.

2. The Motion proposed that the Court approve the Debtor's proposed adequate assurance of payment and that procedures be established for utility companies to make additional requests for adequate assurance of payment.

3. Pursuant to an agreement between the Debtor and Florida Power & Light Company ("FPL"), Debtor shall provide an additional deposit to FPL in the amount of $4,408.00 no later than December 16, 2018, and if the Debtor fails to tender payment by that date, FPL can terminate service to the Debtor after providing the Debtor and its counsel with written notice of the deposit payment default and seven (7) calendar days to cure the default.

4. The Debtor shall remain current on all post-petition obligation to FPL.

###

Submitted by:

Paul L. Orshan, Esq.
**Orshan, P.A.**
*Counsel for Debtor*
1 SE 3rd Ave., Suite 1445
Miami, Florida 33131
Telephone: (305) 529-9380
Facsimile: (305) 402-0777
paul@orshanpa.com

*Attorney Paul L. Orshan shall serve a copy of the signed order on all interested parties and file with the court a certificate of service confirming with Local Rule 2002-1(F).*