

**ORDERED in the Southern District of Florida on November 28, 2018.**

A. Jay Cristol, Judge
United States Bankruptcy Court

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**
www.flsb.uscourts.gov

In re:

ASTOR EB-5, LLC,                                                 Case No. 18-24170-BKC-AJC

    Debtor.                                                              Chapter 11

**ORDER GRANTING *ex parte* MOTION TO EXTEND THE DEADLINES TO FILE BALANCE OF STATEMENTS AND SCHEDULES**

THIS CAUSE came before the Court on Debtor's, ASTOR EB-5, LLC ("ASTOR"), *ex parte Motion to Extend the Deadlines to File Balance of Statements and Schedules* [D.E. 17] (the "Motion") and the Court having reviewed the file and being otherwise being fully advised on the Motion, it is ORDERED:

1. The Motion is GRANTED;

2. The deadline for ASTOR to file its balance of schedules and statements in this case is extended through and including December 12, 2018.

###

Submitted by:
Paul L. Orshan, Esq.
ORSHAN, P.A.
*Counsel for ASTOR EB-5, LLC*
701 Brickell Ave., Suite 2000
Miami, FL 33131
Telephone:  305-529-9380
Facsimile:  305-402-0777
paul@orshanpa.com

*Attorney Orshan shall serve a copy of this order upon all parties of record.*