


**ORDERED in the Southern District of Florida on December 21, 2018.**

**A. Jay Cristol, Judge**
**United States Bankruptcy Court**

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

ASTOR EB-5, LLC

Debtor.
_______________________/

Case No. 1:18-bk-24170-AJC
Chapter 11

**AGREED ORDER GRANTING *EX PARTE* MOTION TO CONTINUE HEARING SCHEDULED FOR JANUARY 3, 2019 TO JANUARY 16, 2019**

**THIS MATTER** came before the Court without a hearing on the *Agreed Ex Parte Motion to Continue Hearing Scheduled for January 3, 2019 to January 16, 2019* [ECF No. 35] (the "Motion"). The Court, having considered this Motion, having been advised of the agreement of the parties, and being otherwise fully advised in the premises, hereby

**ORDERS**:

1. The Motion is **GRANTED**.

2. The hearing on the Motion is continued to January 16, 2019 at 10:30 A.M.,

Courtroom 7, C. Clyde Atkins U.S. Courthouse, 301 North Miami Avenue, Miami, FL.

# # #

Submitted by:
Brian G. Rich, Esq.
Berger Singerman LLP
313 North Monroe Street
Suite 301
Tallahassee, FL 32301

Copy furnished to:
Brian G. Rich, Esq.

*(Attorney Rich is directed to serve a copy of this Order upon all interested parties and to file a Certificate of Service).*