UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

                                                  Case No. 1:18-bk-24170-AJC

ASTOR EB-5, LLC,                          Chapter 11

        Debtor.

_____/

## SUPPLEMENT TO 1651 ASTOR, LLC'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

1651 Astor, LLC (the "Landlord"), by counsel, submits this supplement to its previously filed *Landlord 1651 Astor, LLC's Motion for Relief From the Automatic Stay* (the "Pending Stay Relief Motion") [ECF No. 28] and states:

1. Attached as <u>Exhibit A</u> is a *Notice of Violation* dated December 1, 2018 issued to the Landlord regarding the Premises[1] based on "[a]bandoned pool with stagnant water turning green/black," which is a violation of Sections 90-101, 90-36: creation of a health hazard or nuisance.

2. Attached as <u>Exhibit B</u> is a *Notice of Violation and Emergency Order* dated December 1, 2018 issued to the Landlord regarding the Premises based on "[a]bandoned pool with stagnant water turning green/black," which is a violation of Section 58-299d: Every owner of a vacant building, structure or lot shall grade and maintain the exterior premises so as to prevent the accumulation of stagnant water thereon.

3. The foregoing *Notices of Violation* confirm that the Debtor, in its capacity as Tenant, is not maintaining the Premises and, in fact, has abandoned same, which provides further

_____

[1] All capitalized terms not defined herein shall have the meanings ascribed to them in the Pending Stay Relief Motion.

support for a finding of the existence of "cause" for relief from the automatic stay provisions of 11 U.S.C. § 362(a) as requested in the Pending Stay Relief Motion.

4.      Upon information and belief the Debtor, in its capacity as Tenant, has taken no action to remedy the health hazard identified in the foregoing *Notices of Violation*, and it will, unsurprisingly, likely fall on the Landlord to do so, and pay any related fines.

**WHEREFORE**, Landlord moves for relief from the automatic stay provisions of 11 U.S.C. § 362(a), to the extent applicable, in order to continue prosecuting the State Court Action, and for such other and further relief as may be just and proper under the circumstances.

Dated: January 2, 2019                              Respectfully submitted,

BERGER SINGERMAN LLP
*Attorneys for 1651 Astor, LLC*
1450 Brickell Ave., Suite 1900
Miami, FL 33131
Tel: (305) 755-9500
Fax: (305) 714-4340

By: */s/ Brian G. Rich*
        Brian G. Rich
        Florida Bar No. 038229
        brich@bergersingerman.com
        Barry Lapides
        Florida Bar No. 683558
        blapides@bergersingerman.com

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been served electronically through the Court's CM/ECF System upon all parties registered to receive electronic notice in this case as reflected on the attached Electronic Mail Notice List, which includes Paul L. Orshan, Esq., Orshan, P.A., attorneys for the Debtor, 701 Brickell Ave., Suite 2000, Miami, FL 33131, on this 2nd day of January, 2019.

/s/ *Brian G. Rich*
Brian G. Rich

8863755-1

**Electronic Mail Notice List**

The following is the list of **<u>parties</u>** who are currently on the list to receive email notice/service for this case.

- Ricardo Corona    bk@coronapa.com, rcorona@coronapa.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Paul L. Orshan    paul@orshanpa.com, seelenams@gmail.com
- Brian G Rich    brich@bergersingerman.com,
  efile@bergersingerman.com;bwalter@bergersingerman.com;efile@ecf.inforuptcy.com
- Steven R Safra    Steven.Safra@csklegal.com,
  david.caballero@csklegal.com;shelly.zambo@csklegal.com;renee.nail@csklegal.com;hazel.colon@csklegal.com

## **EXHIBIT A**

 MIAMIBEACH

**Code Compliance Department**
555 - 17th Street
Miami Beach, Florida 33139
Tele: 305.673.7555
Fax: 305.673.7012

## Notice of Violation
### Sanitation - Immediate Compliance

| | | | |
|---|---|---|---|
| **Violation Notice Date:** | Date 12/01/2018 | Time 4:30 PM | Case Number SV2018-07485 |
| **Address of Violation:** | 956 WASHINGTON AVE | | Unit |
| **Parcel Number:** | 0242030090130 | | |
| **Legal Description:** | OCEAN BEACH ADD NO 3 PB 2-81   LOT 1 LESS W135FT & LOT 2 LESS   W135FT   BLK 35 LOT SIZE   100.000 X  149    OR 16052-1271 0993 1        COC 26498-3909 07 2008 6 | | |
| **Violator Name:** | 1651 ASTOR LLC C/O LAPIDES, BARRY D | | |
| **Mailing Address:** | 1450 Brickell Ave STE 1900 | City and State Miami, , FL | Zip Code 33131 |

The City of Miami Beach Code Compliance Department has determined that the above Property has violated the Solid Waste requirements set forth within Chapter 90 of the Miami Beach Code of Laws and Ordinances.  You are hereby notified that this condition requires immediate action to correct these violation(s).  This violation is the 1st offense, and this Notice of Violation carries a fine of $1,000.00. Specifically, Code Compliance Officer Mounia Jefferson has found there to be a violation(s) of Chapter 90, which is/are:

Sections 90-101, 90-36: Creation of a health hazard or nuisance.

| **Reference:** | Abandoned pool with stagnant water turning green/black. |
|---|---|

You can comply by Immediately disposing of said waste and abating the health hazard or nuisance as provided by law and paying a fine. Failing to comply will result in the City causing the waste to be removed pursuant to Section 90-36. All cost incurred by the City for the removal and disposal shall be the responsibility of the violator.
First Offense  $1000.00
Second and subsequent offense $2000.00

**Fine(s) must be paid within 72 hours** of receipt of the violation. A copy of the violation must accompany the payment. Please make checks or money orders payable to: City of Miami Beach. Payment can be mailed or taken in person to: The Finance Department (Cashier), 1700 Convention Center Drive, 1st floor, Miami Beach, FL 33139.

Fine(s) and/or violations may be appealed within **Fifteen (15)** days of receipt of the notice of violation. To appeal a fine and/or violation, submit a written request for an appeal hearing to the Clerk of the Special Master - 1700 Convention Center Dr., Miami Beach, FL 33139. A check for $100 (administrative charges) must accompany the request along with the case number.

Failure to pay the fine or request an appeal hearing in the manner indicated above shall constitute a waiver of the violator's right to contest the citation and shall be treated as an admission of the violation.

The City may institute proceedings in a court of competent jurisdiction to compile payment of civil fine(s). The certified copy of the order imposing civil fine(s) may be recorded in the public records and thereafter shall constitute a lien upon any real or personal property owned by the violator.

| **Issuing Code Compliance Officer** | Name: Mounia Jefferson | Badge #: 747 | Phone and Extension: (305) 673-7555 |
|---|---|---|---|
| | Email: MouniaJefferson@miamibeachfl.gov | | |
| Received By: Posted | Compliance Date: 12/01/2018 | Received Date: | Received Time: 5:50 PM |

**ADA Information**

To request this material in accessible format, sign language interpreters, information on access for persons with disabilities, and/or any accommodation to review any document or participate in any City-sponsored proceeding, please contact 305.604.2489 (voice), 305.673.7524 (fax) or 305.673.7218 (TTY) five (5) days in advance to initiate your request. TYY users may also call 711 (Florida Relay Service).

Mounia Jefferson

**<u>EXHIBIT B</u>**

# MIAMIBEACH

**Code Compliance Department**
555 - 17th Street
Miami Beach, Florida 33139
Tele: 305.673.7555
Fax: 305.673.7012

## Notice of Violation and Emergency Order
### Property Maintenance

| | | | |
|---|---|---|---|
| **Violation Notice Date:** | Date   12/1/2018 | Time 4:30 PM | Case Number PM2018-02741 |
| **Address of Violation:** | 956 WASHINGTON AVE | | Unit |
| **Parcel Number:** | 0242030090130 | | |
| **Legal Description:** | OCEAN BEACH ADD NO 3  PB 2-81    LOT 1 LESS W135FT & LOT 2 LESS   W135FT   **BLK 35**   LOT SIZ<br>100.000 X  149      OR 16052-1271 0993 1          COC 26498-3909 07 2008 6 | | |
| **Violator Name:** | 1651 ASTOR LLC C/O LAPIDES, BARRY D | | |
| **Mailing Address:** | 1450 Brickell Ave 1900 | City and State Miami, FL | Zip Code 33131 |

The City of Miami Beach Code Compliance Department has determined that the above Property has an emergency condition that is a violation of the Property Maintenance Standards set forth within Article III, Chapter 58 of the Miami Beach Code of Laws and Ordinances.  Specifically, Code Compliance Officer Mounia Jefferson has found there to be an emergency condition of those minimum standards identified within Division III, which results in the immediate peril or threat to the health, safety or general welfare to the occupant of the facility or premises or to the general public. These violation(s) are:

**Subsection Violation(s):**

Section 58-299d: Every owner of a vacant building, structure or lot shall grade and maintain the exterior premises so as to prevent the accumulation of stagnant water thereon.

**Reference:**      Abandoned pool with stagnant water tuning green/black.

You are hereby notified that this emergency condition requires immediate action to correct the hazard or immediate danger to the health, safety or welfare of the occupants or the general public, and these violation(s) must be corrected within **48 hours** from the receipt of this Notice of Violation and Emergency Order.  Please be further advised that any corrective action to remedy the hazardous or dangers condition may require the issuance of a valid building permit, and full compliance with the Florida Building Code, the City of Miami Beach's Zoning and Land Development Regulations and any other applicable regulation, code or statute.

You may appeal this action or decision of the Code Enforcement Officer, by filing a Notice of Appeal with the Special Master for the City of Miami Beach, Florida.  The Notice of Appeal shall set forth concisely the action or decision that is being appealed, and must identify those reasons or grounds that merit the appeal.   The Notice of Appeal **must** be filed within **24 hours** from the receipt of the Notice of Violation and Emergency Order, which must be submitted to: The Clerk of the Special Master, 1700 Convention Center Drive, Miami Beach, FL 33139 with the case number and a check for $100.00.  The decision of the special master shall be final, and no rehearing or reconsideration shall be considered. Any person aggrieved by any decision of the special master on an appeal shall be entitled to apply to the circuit court for a review thereof by petition for writ of certiorari in accordance with the applicable court rules.

Should the violation(s) not be corrected within the time specified in this Notice of Violation and Emergency Order, or a Notice of Appeal has not been submitted with the Special Master, the Notice of Violation and Emergency Order shall automatically be deemed to be a final order for this matter. The code compliance officer is authorized to notify the Clerk for the Special Master to record a copy of the Notice of Violation and Emergency Order in the public records in order to obtain compliance.

| **Issuing Code Compliance Officer** | Name: Mounia Jefferson | Badge # 747 | Phone and Extension: (305) 673-7555 |
|---|---|---|---|
| | Email: MouniaJefferson@miamibeachfl.gov | | |
| Received By Posted | Compliance Date 12/03/2018 | Received Date | Received Time 5:50 PM |

**ADA Information**

To request this material in accessible format, sign language interpreters, information on access for persons with disabilities, and/or any accommodation to review any document or participate in any City-sponsored proceeding, please contact 305.604.2489 (voice), 305.673.7524 (fax) or 305.673.7218 (TTY) five (5) days in advance to initiate your request. TYY users may also call 711 (Florida Relay Service).

Mounia Jefferson