

**ORDERED in the Southern District of Florida on January 18, 2019.**

_____
A. Jay Cristol, Judge
United States Bankruptcy Court
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

ASTOR EB-5, LLC,

      Debtor.
_____/

Case No. 1:18-bk-24170-AJC
Chapter 11

### ORDER GRANTING LANDLORD 1651 ASTOR, LLC'S
### MOTION FOR RELIEF FROM THE AUTOMATIC STAY

**THE MATTER** came before the Court on January 16, 2019 at 10:30 a.m. upon (i) *Landlord 1615 Astor, LLC's Motion for Relief From the Automatic Stay* (the "Stay Relief Motion") [ECF No. 28], (ii) *Supplement to 1651 Astor, LLC's Motion for Relief From the Automatic Stay* (the "Supplement") [ECF No. 39], and (iii) *Shareholder's Objection to Landlord 1651 Astor, LLC's Motion for Relief From the Automatic Stay and/or Motion for Extension of Time to Make Adequate Protection Payments Due to Mismanagement of Debtor in Possession by David Hart*

8888486-1

(the "Objection") [ECF No. 40]. The Court, having reviewed the Stay Relief Motion, Supplement and Objection, the record in this chapter 11 case, having heard argument of counsel, and being otherwise duly advised in the premises, finds and concludes that notice of the hearing on the Stay Relief Motion was adequate, and that Landlord 1651 Astor, LLC (the "Landlord") has established the existence of "cause" for relief from the automatic stay provisions of 11 U.S.C. § 362(d). Accordingly, for the reasons explained on the record, all of which are incorporated herein, the Court **ORDERS**:

1. The Stay Relief Motion is **GRANTED** as follows:

2. The automatic stay is modified so that Landlord may continue prosecuting that certain lawsuit pending before the Miami-Dade County Circuit Court, *1651 Astor, LLC v. Astor EB-5, LLC*, Case No. 2018-033208 CA 01, up to and including entry of Judgment, however, Landlord shall not execute upon any judgment absent further Order of this Court.

3. The automatic stay is modified so that Fabiola Renza, de Valenzuela, Zoraida M. Yanez, Irak Manuel Ferreira Marino, Israel Ferreira, and Gela Kovalsky (collectively, the "Plaintiffs"), may proceed to conclusion in pending arbitration proceedings against Astor EB-5, LLC, David J. Hart and Frederick Richardson, previously before the Miami-Dade County Circuit Court, Case No. 18-007415 (10), up to and including rendering of a decision in the arbitration proceedings, however, Plaintiffs shall not execute upon any judgment against Debtor Astor EB-5, LLC absent further Order of this Court.

4. This Order is effective immediately upon entry on the Court's docket

8888486-1

notwithstanding the 14-day stay otherwise provided for by Fed. R. Bankr. P. 4001(a)(3).

*  *  *

Submitted by

Paul A. Avron, Esq.
BERGER SINGERMAN LLP
1450 Brickell Ave., Suite 1900
Miami, FL 33131
Tel: (305) 755-9500
Fax: (305) 714-4340
pavron@bergersingerman.com

*Attorney Avron shall serve a copy of this Order and file a Certificate of Service with the Court within 3 days of entry on the Court's docket.*

3

8888486-1