## UNITED STATES BANKRUPTCY COURT
### Southern District of Florida

In re:

Astor EB-5, LLC

          *Debtor(s)*    /

**Case No. 18-24170-AJC**
Chapter 11

## REQUEST FOR SERVICE

Creditor, Miami-Dade County Tax Collector, through the Miami Dade County Paralegal Unit, files this request to be added to the mailing matrix maintained by the clerk of the Bankruptcy Court, and further requests that copies of all notices, pleadings, and other documents filed in this case be sent to the Miami-Dade County Tax Collector in care of the Miami-Dade County Paralegal Unit.

### CERTIFICATE OF SERVICE

**I HEREBY** certify that a true and correct copy of the foregoing has been provided by U.S. Mail and/or Email to:

Office of the Trustee: Office of the US Trustee - Miami, 51 S.W. 1st Avenue, Suite 1204, Miami, FL   33130,

Attorney for the Debtor**:** Paul L. Orshan, Esq. , Orshan, P.A., 150 Alhambra Circle #1150, Coral Gables, FL   33134, paul@orshanpa.com

> Marcus Saiz de la Mora, Tax Collector
> Miami-Dade County, FL
> This 21st day of February, 2019
> By: _____/S/_____
> ALEXIS GONZALEZ
> Paralegal Collection Specialist
> Miami Dade Bankruptcy Unit
> 200 NW 2ND Avenue, #430
> Miami, FL 33128
> **305-375-5707**   FAX **(305) 375-4601**
> E-Mail:  Alexis.Gonzalez@miamidade.gov
>           MDTCBKC@miamidade.gov