UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:  Case No.: 18-24170-AJC

Chapter 11

**ASTOR EB-5, LLC,**

    Debtor.

_____/

**DEBTOR'S MOTION TO EXTEND THE EXCLUSIVE PERIOD DURING WHICH IT MAY FILE A PLAN AND SOLICIT ACCEPTANCES**

**ASTOR EB-5, LLC,** Debtor and Debtor-in-Possession (the "Debtor"), by and through undersigned counsel, and pursuant to 11 U.S.C. § 1121, respectfully requests this Court enter an order (1) extending the exclusive period within which the Debtor may file a Plan for 90 days from March 14, 2019, through June 12, 2019, and (2) extending the solicitation period during which the Debtor may solicit acceptances thereof through August 11, 2019, and in support states:

**Jurisdiction**

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. §157(b)(2).

2. Venue is proper before this Court pursuant 28 U.S.C. §1408 and §1409.

Case No.: 18-24170-AJC

## Background

3. On November 14, 2019 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §101 *et seq.* (the "Bankruptcy Code").

4. The Debtor is an entity which owns the building and contents of the Astor Hotel located in Miami Beach, Florida, subject to a ground lease. The Debtor's First Meeting of Creditors was held and concluded on December 19, 2018. No trustee or examiner has been sought or appointed in this case; an official committee of unsecured creditors has not been established.

## The Exclusive Period

5. Section 1121 of the Bankruptcy Code reads, in pertinent part, as follows:
   (a) The debtor may file a plan…at any time in a voluntary case…
   (b) Except as otherwise provided in this section, only the debtor may file a plan until after 120 days after the date of the order for relief under this chapter.
   (d) (1) Subject to paragraph (2), on request of a party in interest made within the respective periods specified in subsections of (b) and (c) of this section and after notice and a hearing, the court may for cause reduce or increase the 120-day period or the 180-day period referred to in this section.
   (2)(A) The 120-day period specified in paragraph (1) may not be extended beyond a date that is 18 months after the date of the order for relief under this chapter.

6. In accordance with 11 U.S.C. §§ 1121(a) and (b), the exclusive period within which the Debtor may file a plan of reorganization falls "…120 days after the date of the order for relief under this chapter." In this case, the 120th day is March 14, 2019, and the Debtor's automatic exclusive period has not expired as of the filing of this motion.

Case No.: 18-24170-AJC

7. The Debtor seeks to extend its exclusivity and solicitation periods for an additional 90 days through June 12, 2019, and August 11, 2019, respectively, and has not filed a plan in this case.

8. No party to this action has moved the Court for the appointment of a receiver or trustee, or moved for the conversion of this case to case under Chapter 7.

9. There is a pending state court eviction action which needs to be resolved before the Debtor is able to propose a plan in this case, and the Debtor has been actively discussing potential sales and/or leases of its property during the pendency of this case.

10. In accordance with 11 U.S.C. §§ 1121(d), the court may increase the Debtor's exclusivity periods, for cause, for up to 120 days. The Debtor requires additional time to resolve the eviction action and to negotiate potential sales and/or leases of its property which put the Debtor in a position to negotiate plan treatment of creditors.

11. Debtor submits that cause exists for the aforesaid reasons.

12. No party to this action will be prejudiced by the extension of the Debtor's exclusivity period, and this Motion is filed in good faith, not for dilatory purposes.

**WHEREFORE,** the Debtor respectfully requests the Court enter an Order (a) granting this Motion; (b) extending the Debtor's exclusivity and solicitation periods through June 12, 2019, and August 11, 2019, respectively; and (c) granting such further relief as the Court deems proper.

Respectfully submitted March 6, 2019.

Case No.: 18-24170-AJC

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been served March 6, 2019, via the Court's CM/ECF system upon all registered users in this case.

**ORSHAN, P.A.**
*Counsel for Debtor*
701 Brickell Ave., Suite 2000
Miami, Florida 33131
Telephone: (305) 529-9380
Facsimile: (305) 402-0777
*paul@orshanpa.com*

By*:    /s/ Paul L. Orshan          *
      Paul L. Orshan, Esq.
      Florida Bar No.:  776203