

**ORDERED in the Southern District of Florida on March 6, 2019.**

**A. Jay Cristol, Judge
United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                            Case No.: 18-24170-AJC
                                                                     Chapter 11

**ASTOR EB-5, LLC,**

    Debtor.
_____/

**ORDER APPROVING
APPLICATION FOR AN ORDER AUTHORIZING THE EMPLOYMENT
OF DENNIS A. DONET, ESQ. AS SPECIAL COUNSEL FOR DEBTOR AND
DEBTOR-IN-POSSESSION PURSUANT TO 11 U.S.C. §§ 327 AND 330
*NUNC PRO TUNC* TO FEBRUARY 1, 2019**

**THIS CAUSE** came before the Court on March 6, 2019 at 11:00 a.m. upon the *Debtor's*

*Application for an Order Authorizing the Employment of Dennis A. Donet as Special Counsel for*

*Debtor and Debtor-in-Possession Pursuant to 11 U.S.C. §§ 327 and 330 and Nunc Pro Tunc to*

Case No.: 18-24170-AJC

*February 1, 2019* (the "Application") [DE 47], and the Affidavit of Lionel Bryan, Esq. as Proposed Special Counsel for the Debtor [DE 47-1], (the "Affidavit"), attached to the Application.

The Application requests entry of an Order approving the Debtor's employment of Dennis A. Donet, Esq. to represent it as special counsel in connection with a pending state court eviction action. The Court has jurisdiction over the matters raised in the Application pursuant to 28 U.S.C. §157(b)(2)(A). The relief requested in the Application in in the best interests of the Debtor, its estate and its creditors. The Affidavit makes relevant disclosures as required by Federal Rules of Bankruptcy Procedure 2014 and 2016 (the "Bankruptcy Rules"). The Affidavit contains a verified statement as required by Bankruptcy Rule 2014 demonstrating that Dennis A. Donet, Esq. is disinterested as required by 11 U.S.C. §327(a). Pursuant to 11 U.S.C. §327(a), Bankruptcy Rule 2014(a), and Local Rule 2014-1(A), the Court is authorized to grant the relief requested in the Application. Upon the record herein, and after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein. Accordingly, it is hereby

**ORDERED** as follows:

1. The Application is **APPROVED**.

2. The employment of Dennis A. Donet, Esq. as special counsel to the Debtor in the pending state court eviction action is approved, pursuant to 11 U.S.C. § 327(a).

3. The employment of Dennis A. Donet, Esq. by the Debtor shall be *nunc pro tunc* to the February 1, 2019.

4. Dennis A. Donet, Esq. shall apply to the Court for payment of compensation and reimbursement of expenses in accordance with applicable provisions of the Bankruptcy Code,

Case No.: 18-24170-AJC

the Bankruptcy Rules and the Local Rules of this Court and pursuant to any additional procedures that may be established by the Court in this case.

4.      In the event that there are either no funds in the estate or insufficient funds to pay the fees and expenses incurred by Dennis A. Donet, Esq., a group of shareholders (Fabiola Renza de Valenzuela, Zoraida M. Yanez, Irak Manuel Ferreira Marino, Israel Ferreira and Gela Kovalsky) shall directly pay the fees and expenses incurred by the Attorney.

5.      This Application is being approved based upon the specific facts and special circumstances in this case.

6.      This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

###

Submitted by:

Paul L. Orshan, Esq.
**Orshan, P.A.**
*Counsel for Debtor*
701 Brickell Ave., Suite 2000
Miami, Florida 33131
Telephone: (305) 529-9380
Facsimile: (305) 402-0777
paul@orshanpa.com

    Attorney Paul L. Orshan shall serve a copy of the signed order on all interested parties and file with the court a certificate of service confirming with Local Rule 2002-1(F).