**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**IN THE MATTER OF:**  Case No.: 18-24170-AJC

**ASTOR EB-5, LLC**  Chapter 11

      **Debtor.**
_____/

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PLEADINGS AND OTHER PAPERS**

**TO ALL PARTIES, PLEASE TAKE NOTICE THAT:**

      Ricardo Corona, as counsel for creditor and equity holder, CORONA LAW FIRM, P.A, hereby files this *Notice of Appearance and Request for Service of Pleadings and Other Paper* (the "Notice")Pursuant to section 1109(b) of title 11 of United States Code, 11 U.S.C. **§§** 101 *et seq.* (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and that such party in interest hereby respectfully requests, pursuant to section 1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002,9007 and 9010, that copies of all notices and pleadings given or requested to be served in this case be served upon the undersigned attorney at the following address:

      **Ricardo Corona, Esq**
      **Corona Law Firm, PA**
      **3899 NW 7 Street, 2nd Floor**
      **Miami, Florida 33126**
      **Telephone (305)547-1234**
      **Primary Email: bk@coronapa.com**
      **Secondary Email: rcorona@coronapa.com**

      **PLEASE TAKE FURTHER NOTICE** that, pursuant section 1109(b) of the Bankruptcy Code and Rule 2002 of the Bankruptcy Rules, this request includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation,

any notice, application, motion, petition, complaint, demand, hearing, pleading, request, disclosure statement or plan of reorganization, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile transmission, email, Internet or otherwise filed or given with regard to this case and proceedings therein, or that affects or seeks to affect in any way any rights or interests of any party in interest in this case with respect thereto.

**PLEASE TAKE FURTHER NOTICE** that, neither this Notice nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed a waiver of any right of CORONA LAW FIRM, P.A: (i) to have final orders in non-core matters entered only after de novo review by a United States District Court; (ii) to trial by jury in any proceeding so triable in this case, controversy, or proceeding related hereto; (iii) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) to object to any jurisdiction of this Court for any purpose other than with respect to this Notice; or (v) to any rights, claims, actions, defenses, setoffs, recoupments or remedies to which CORONA LAW FIRM, P.A is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, recoupments and remedies CORONA LAW FIRM, P.A expressly reserve hereby.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on this 19th day of March, 2019 by electronic transmission through the Court's CM/ECF system upon all interested parties on the attached Electronic Mail Notice List.

CORONA LAW FIRM, P.A

<u>/s/ Ricardo Corona, Esq.</u>
RICARDO CORONA, ESQ.
Florida Bar No. 111333
3899 NW 7th Street, 2nd Floor
Miami, FL 33126
(305) 266-1150 Phone
(888) 554-5607 Fax
bk@coronapa.com