Filing # 86428447 E-Filed 03/14/2019 10:40:01 PM

IN THE MATTER OF ARBITTRATION
WITH STANFORD BLAKE AS AGREED TO BY THE PARTIES

FABIOLA RENZA de VAALENZUELA,
ZORAIDA M. YANEZ, IRAK MANUAL
FERRIERA MARINO, ISRAEL
FERRIEIA, and GELA KOVALSKY

    Plaintiffs,

vs.

ASTOR EB-5, LLC., DAVID J. HART,
and FREDERIC S. RICHARDSON

    Defendants.

_____\

## FINAL ORDER APPROVING SETTLEMENT AGREEMENT

This matter came before the Court on the Parties' Joint Motion to Approve Settlement Agreement; and the Court having reviewed both the Settlement Agreement and the file and having been fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED**

1. The Court has conducted a review of the parties' Settlement Agreement and determined that the agreement is a fair and reasonable resolution of bona fide disputes.

2. The terms of the Settlement Agreement, dated on or about March 8, 2019, are hereby approved, adopted and ratified as an Order of this Court, and the parties are hereby directed to comply therewith.

    **DONE AND ORDERED** in Miami-Dade County on this 14th day of March, 2019.

_____
Honorable Stanford Blake