IN THE CIRCUIT COURT OF THE 11th JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA

FABIOLA RENZA de VAALENZUELA,
ZORAIDA M. YANEZ, IRAK MANUAL
FERRIEIA MARINO. ISRAEL FERRIEIA,
And GELA KOVALSKY,

    Plaintiffs,

vs.                                                  Case No.: 2018-007415-CA-01

ASTOR EB-5, LLC., DAVID J. HART, and
FREDERIC S. RICHARDSON,

    Defendants.
_____/

## ORDER ADOPTING ARBITRATOR'S March 14, 2019 RULING

THIS CAUSE, having come before the Court in chambers, and the Court, having considered and reviewed Judge Stanford Blake's March 14, 2019 Arbitration Order on approving and ratifying the settlement agreement, the Court finds as follows:

1. The Court hereby confirms and adopts the March 14, 2019 Arbitration Order entered by Judge Stanford Blake.

2. The terms of the Settlement Agreement, dated on or about March 8, 2019, are hereby approved, adopted and ratified as an Order of this Court, and the parties are hereby directed to comply therewith.

3. This Court reserves jurisdiction over the parties and this matter for the purpose of enforcing said Settlement Agreement.

DONE AND ORDERED in Chambers at Miami-Dade County, Florida, on 03/18/19.

_____
PETER R. LOPEZ

Copies furnished to:
ricky@coronapa.com;
Manny@TarichLaw.com

CIRCUIT COURT JUDGE

> No Further Judicial Action Required on THIS MOTION
> CLERK TO RECLOSE CASE IF POST JUDGMENT

The parties served with this Order are indicated in the accompanying 11th Circuit email confirmation which includes all emails provided by the submitter. The movant shall IMMEDIATELY serve a true and correct copy of this Order, by mail, facsimile, email or hand-delivery, to all parties/counsel of record for whom service is not indicated by the accompanying 11th Circuit confirmation, and file proof of service with the Clerk of Court.

Signed original order sent electronically to the Clerk of Courts for filing in the Court file.

Copies furnished to:
ricky@coronapa.com;
Manny@TarichLaw.com