

**ORDERED in the Southern District of Florida on March 21, 2019.**

A. Jay Cristol, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
*www.flsb.uscourts.gov*

In re:

ASTOR EB-5, LLC,                                      Case No. 18-24170-BKC-AJC

   Debtor.                                                   Chapter 11

**ORDER GRANTING DEBTOR'S MOTION TO EXTEND THE EXCLUSIVE PERIOD DURING WHICH IT MAY FILE A PLAN AND SOLICIT ACCEPTANCES**

THIS CAUSE came before the Court for hearing on March 21, 2019 at 10:30 a.m. upon Debtor's, ASTOR EB-5, LLC ("ASTOR"), *Motion to Extend the Exclusive Period During Which it May File a Plan and Solicit Acceptances* [D.E. 57] (the "Motion") and the Court having reviewed the file and being otherwise being fully advised on the Motion, it is ORDERED:

1. The Motion is GRANTED, and the exclusivity period for the Debtor to file a plan is extended through and including June 12, 2019 and the solicitation period is extended through and including August 11, 2019.

###

Submitted by:
Paul L. Orshan, Esq.
ORSHAN, P.A.
*Counsel for ASTOR EB-5, LLC*
701 Brickell Ave., Suite 2000
Miami, FL 33131
Telephone:  305-529-9380
Facsimile:  305-402-0777
paul@orshanpa.com

*Attorney Orshan shall serve a copy of this order upon all parties of record.*