

**ORDERED in the Southern District of Florida on April 11, 2019.**

A. Jay Cristol, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:  CASE NO.: 18-24170-AJC
ASTOR EB-5, LLC.,  CHAPTER 11

    Debtor and Debtor-in-Possession,
_____/

**ORDER GRANTING SHAREHOLDER'S MOTION TO APPROVE SETTLEMENT AND GENERAL RELEASE AGREEMENT, DE 65**

**THE MATTER came** before the court on April 10, 2019 at 10:30 a.m. upon (i) *Shareholder's Motion to Approve Settlement and General Release Agreement* (the "Shareholder's Motion") [**DE 65**], and (ii) *Astor EB-5 Funding, LLC'S Response in Opposition to Shareholder's Motion to Approve Settlement and Release Agreement* (the "Opposition") [**DE**

{02260053.DOCX.}

**80**]. Having reviewed the Shareholder's Motion and the Opposition, the record in this Chapter 11 case, having heard argument of counsel, having determined that good cause exists for granting the requested relief, being otherwise duly advised in the premises, and for the reasons set forth on the record, all of which are incorporated herein, the Court **ORDERS**:

1. The Shareholder's Motion (**DE 65**) is hereby **GRANTED**.
2. The Settlement Agreement and General Release Agreement attached to the Motion (DE 65-1) is hereby approved.
3. This Order does not impair or impact any rights that Astor EB-5 Funding, LLC or 1651 Astor LLC. may have.

**Submitted by:**

RICARDO CORONA, ESQ.
Florida Bar No. 111333
3899 NW 7 Street
Second Floor Miami,
FL 33126 (305) 547-
1234 Phone

The party submitting the order shall serve a copy of the signed order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).

{02260053.DOCX.}