

**ORDERED in the Southern District of Florida on May 15, 2019.**

**A. Jay Cristol, Judge
United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**
www.flsb.uscourts.gov

IN RE:

**ASTOR EB-5, LLC,**

    Debtor.

_____/

Case No.:    18-24170-AJC

In proceedings under **CHAPTER 11**

### ORDER APPROVING DEBTOR'S APPLICATON TO EMPLOY RICARDO R. CORONA, ESQ. AND CORONA LAW FIRM P.A. AS SPECICAL COUNSEL
**[ECF No. 89]**

THIS CAUSE having come before this Honorable Court, upon *Debtor's Application to Employ Ricard R. Corona, Esq. and Corona Law Firm, P.A. as Special Counsel* [the "Application"] [ECF No. 89], and the Affidavit of Ricardo R. Corona, Esq. on behalf of Corona Law Firm P.A., as proposed Special Counsel for the Debtor, [the "Affidavit"]. Upon the record herein, and after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein, Accordingly, it is hereby,

**ORDERED** as follows:

1.    The Application to Employ Special Counsel is APPROVED.

{00091319;2}

2. The Debtor in Possession is authorized to retain the Law Office of Adam I. Skolnik, P.A. in accordance with the terms and conditions set forth in the Application pursuant to 11 U.S.C. §330 and 11 U.S.C. §327.

3. Corona Law Firm, P.A. shall apply for compensation and reimbursement of expenses incurred in connection with the Debtor's Chapter 11 case in compliance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, guidelines established by the Office of the United States Trustee for the Southern District of Florida and any other applicable procedures and orders of the Court, at its ordinary rates, as they may be adjusted from time to time.

4. The monies previously paid to Counsel did not come from the Debtor, but were paid by the shareholders of the Debtor.

5. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

# # #

**Submitted by:**
Adam I. Skolnik, Esq.
Law Office of Adam I. Skolnik, P.A.
1761 West Hillsboro Boulevard, Suite 201
Deerfield Beach, Florida 33442
Tel: 561.265.1120
askolnik@skolniklawpa.com

Attorney Adam I. Skolnik is directed to serve a conformed copy of this Order on all interested parties immediately upon receipt hereof and to file a certificate of service.

{00091319;2}