

**ORDERED in the Southern District of Florida on June 12, 2019.**

_____
A. Jay Cristol, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**
www.flsb.uscourts.gov

IN RE:

**ASTOR EB-5, LLC,**

Debtor.
_____/

Case No.   18-24170-AJC

**CHAPTER 11**

**AGREED ORDER GRANTING DEBTOR'S EXPEDITED MOTION FOR ORDER TO
RECONNECT UTILITY SERVICES FROM THE CITY OF MIAMI BEACH FOR WATER,
SEWER AND RELATED SERVICES**
**[ECF No. 106]**

THIS CASE having come before the Court, and scheduled to be heard on **June 13, 2019** at **2:00 PM** on the *Debtor's Expedited Motion for Order to Reconnect Utility Services from The City of Miami Beach for Water, Sewer and Related Services* ("Motion") [ECF No. 106]. The Court is informed that the parties have reached an agreement as memorialized below:

1. The $5,100.00 monthly payment proposed by the Debtor to the City of Miami Beach (the "City") for water, sewer and related services, and the acceptance of the monthly payment by the City, together with the assurance of payment of pre-petition and post-petition amounts contained in the Amended Proof of Claim #7 filed by the City shall be treated as the Debtor's proposed assurance of payment under §366.

2. The Court approves the procedures set forth in the Motion and restated below, to determine adequate assurance of future payment.

Therefore, it is –

**ORDERED AS FOLLOWS:**

3. The Debtor's Motion is GRANTED.

4. The City shall reconnect water, sewer and related services forthwith.

5. The $5,100.00 monthly payment proposed by the Debtor to the City shall be treated as the Debtor's proposed assurance of payment under §366.

6. The Debtor shall commence the monthly payments following the next standard billing cycle for utilities by the City.

7. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

# # #

**Submitted by:**
Adam I. Skolnik, Esq.
Law Office of Adam I. Skolnik, P.A.
1761 West Hillsboro Boulevard, Suite 201
Deerfield Beach, Florida 33442
Tel: 561.265.1120
askolnik@skolniklawpa.com

Attorney Adam I. Skolnik is directed to serve a conformed copy of this Order on all interested parties and to file a certificate of service conforming with the requirements of Local Rule 2002-1(F).