

**ORDERED in the Southern District of Florida on July 1, 2019.**

_____
**A. Jay Cristol, Judge
United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**
www.flsb.uscourts.gov

IN RE:

**ASTOR EB-5, LLC,**

    Debtor.
_____/

Case No.   18-24170-AJC

Chapter 11

### AGREED ORDER DECLARING FUNDS NOT PROPERTY OF THE ESTATE

THIS CAUSE was scheduled for hearing on July 3, 2019 at 2:00 p.m. upon *Miami Custom Swimming Pool Corporation's* ("Custom Pool")  *Motion to Declare Funds not Property of the Estate or in the Alternative Motion for Leave to File and Adversary Proceeding (the "Motion")* ECF No. 113].  The Court has reviewed the Motion, and Custom Pool's assertions made in support thereof, and is now informed by the submission of this agreed order that the parties have agreed to the following statments of fact:

1. Prior to the commencement of the instant bankruptcy, the Debtor entered into a contract

{00093713}

for construction concerning a swimming pool at the Debtor's property, located at 956 Washington Avenue, Miami Beach, Florida 33139-5016 ("Property").

2.    In January of 2018, the parties agreed that Custom Pool's attorney would hold the balance due under the contract until the notice of commencement was recorded in Miami-Dade County so the Debtor can obtain a Certificate of Completion from the Building Department for the City of Miami Beach.

3.    On February 20, 2018, the Debtor deposited the funds with Custom Pool's attorney and on May 17, 2018 the City of Miami Beach issued its Certificate of Completion.

4.    To date, the funds have remained in possession with Custom Pool's attorney as the terms of the contract have been satisfied and the monies in escrow are due to Custom Pool.

5.    Further, as the funds were for a prepetition contract for improvement of the Property and the contract had been satisfied, the funds are not property of the Bankruptcy Estate.

Therefore, it is –

**ORDERED AS FOLLOWS:**

The Motion is **GRANTED.** The monies being held in escrow by Custom Pool's attorney shall be released to Custom Pool forthwith. That portion of the motion seeking leave to file an adversary proceeding is **DENIED** as moot.

# # #

**Submitted by:**
Adam I. Skolnik, Esq.
Law Office of Adam I. Skolnik, P.A.
1761 West Hillsboro Boulevard, Suite 201
Deerfield Beach, Florida 33442
Tel: 561.265.1120
askolnik@skolniklawpa.com

Attorney Regina M. Campbell is directed to serve a conformed copy of this Order on all interested parties immediately upon receipt hereof and to file a certificate of service.

{00093713}