

**ORDERED in the Southern District of Florida on August 21, 2019.**

**A. Jay Cristol, Judge**
**United States Bankruptcy Court**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                                    CASE NO. 18-24170-BKC-AJC

ASTOR EB-5 LLC,                              Chapter 11

     Debtor.
_____/

**ORDER SETTING HEARING TO SHOW CAUSE WHY CASE SHOULD NOT BE
DISMISSED FOR FAILURE TO TIMELY FILE ALL DEBTOR IN POSSESSION
OPERATING REPORTS**

    **THIS CAUSE** came before the Court for a Status Conference on August 21, 2019.  At the

hearing, Counsel for the United States Trustee informed the Court that the Debtor is woefully

delinquent in filing its mandatory Debtor-in-Possession Operating Reports.  The Debtor has failed

to file DIP operating reports since February 2019 through today's date.  The Court directed the

Debtor to file all outstanding operating reports forthwith or it would consider dismissal of the case

at the next scheduled hearing.  Accordingly, it is

    **ORDERED and ADJUDGED as follows:**

    1.    The Debtor-in-Possession shall file all outstanding DIP Operating Reports within

seven (7) days from the entry of this Order

2.      A hearing will be held on **September 11, 2019 at 3:30 p.m.** in the C. Clyde Atkins

United States Courthouse, 301 North Miami Avenue, Courtroom 7, Miami, Florida,

at which the Debtor shall show cause as to why this case should not be dismissed for

its failure to comply with the Chapter 11 reporting requirements.

# # #

Copy to:

Adam Skolnick, Esq.
Ricardo Corona, Esq.
Brian Rich, Esq.
Peter Russin, Esq.
Steven Safra, Esq.
Meaghan Murphy, Esq.
Terrence Ayala, Esq.
Stephen Rothstein, Esq.
Barry Chase, Esq.