UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

IN RE:

**ASTOR EB-5, LLC,**

    Debtor.
_____/

Case No.:    18-24170-AJC

In proceedings under **CHAPTER 11**

### DEBTORS JOINDER IN SHAREHOLDER'S MOTION FOR ENTRY OF AN ORDER DISMISSING CHAPTER 11 CASE

**ASTOR EB-5, LLC** ("Debtor"), as Chapter 11 Debtor-in-possession, by and through undersigned counsel, joins in, and adopts, Shareholders, Fabiola Renza de Valenzuela, Zoraida M. Yanez, Irak Manuel Ferreira Marino, Israel Ferreira, and Gela Kovalsky (hereafter collectively known as "Shareholders" Motion to Dismiss the instant Bankruptcy Case [ECF #148] (the "Motion to Dismiss") and states as follows:

1. The Debtor joins and adopts the Motion to Dismiss.

2. For the reasons stated in the Motion to Dismiss, this Bankruptcy case should be dismissed.

**WHEREFORE,** Debtor, Astor EB-5, LLC, respectfully requests that the Court enters an order (i) dismissing the instant bankruptcy for the reasons set forth in the Motion to Dismiss; and (ii) granting such other and further relief as this Honorable Court deems just, proper and equitable under the circumstances.

## CERTIFICATE OF SERVICE AND COMPLIANCE

     I hereby certify that I am admitted to the Bar of the U.S. District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A). I hereby further certify that on **September 10, 2019**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel, via transmission of Notices of Electronic Filing generated by CM/ECF.

Dated: September 10, 2019       Respectfully submitted,

**LAW OFFICE OF ADAM I. SKOLNIK, P.A.**

  /s/ *Adam I. Skolnik*
ADAM I. SKOLNIK (FBN. 728081)
ATTORNEY FOR DEBTOR: **ASTOR EB-5, LLC**
1761 WEST HILLSBORO BOULEVARD, SUITE 201
DEERFIELD BEACH, FLORIDA 33442
TELEPHONE:    561.265.1120
FACSIMILE:    561.265.1828
ASKOLNIK@SKOLNIKLAWPA.COM

{00096858}
In re: ASTOR EB-5, LLC | 18-24170-AJC
Debtors Joinder in Motion to Dismiss

Page **2** of **2**