UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

ASTOR EB-5, LLC,  Case No.: 18-24170-AJC
 Chapter 11

      Debtors.
_____/

### NOTICE OF TAKING RULE 2004 EXAMINATION *DUCES TECUM*

PLEASE TAKE NOTICE that pursuant to Federal Rule of Bankruptcy Procedure 2004 and Local Rule 2004-1, Secured Creditor Astor EB-5 Funding, LLC ("***Funding Company***"), by and through their undersigned counsel, will examine the following person under oath at the date, time and place set forth below:

    **NAME:**    **Corporate Representative of Astor EB-5, LLC**

    **DATE:**    **Thursday, October 3, 2019**

    **TIME:**    **10:00 a.m.**

    **PLACE:**    **Meland Russin & Budwick, P.A.**
                 **200 South Biscayne Blvd., Suite 3200**
                 **Miami, FL 33131**

*Note*:    *Any parties planning on attending should contact our office prior to the examination to ensure that the deposition has not been rescheduled to another date.*

The examination is pursuant to Bankruptcy Rule 2004 and Local Rule 2004-1 and will be taken before an officer authorized to record the testimony. The scope of the examination shall be described in Bankruptcy Rule 2004. Pursuant to Local Rule 2004-1, no order shall be necessary.

If the examinee requires an interpreter, it is the examinee's responsibility to engage the employment of such interpreter to be present at the examination.

**The examinee is further required to produce all documents listed on the attached <u>Exhibit A</u> to the undersigned attorney on or before Monday, September 30, 2019 by 5:00 p.m.**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 16, 2019, a true and correct copy of the foregoing was served via the Court's Notice of Electronic Filing on those parties listed on <u>Exhibit 1</u> and served via U.S. Mail upon the parties listed on the Manual Notice List.

s/ Peter D. Russin
Peter D. Russin, Esquire
Florida Bar No. 765902
prussin@melandrussin.com
Meaghan E. Murphy
Florida Bar No. 102770
mmurphy@melandrussin.com
MELAND RUSSIN & BUDWICK, P.A.
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 358-6363
Telecopy: (305) 358-1221

*Counsel for Secured Creditor Astor EB-5 Funding, LLC*

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Johanna Armengol    Johanna.Armengol@usdoj.gov, johanna.armengol@usdoj.gov
- Terrence Ayala    tcayala@gmail.com
- Regina M Campbell    r.campbell@thecampbelllawgroup.com
- Barry O Chase    barry@chaselawyers.com
- Ricardo Corona    bk@coronapa.com, rcorona@coronapa.com
- Meaghan E Murphy    mmurphy@melandrussin.com, ltannenbaum@melandrussin.com;mrbnefs@melandrussin.com;mmurphy@ecf.courtdrive.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Paul L. Orshan    paul@orshanpa.com, seelenams@gmail.com
- Brian G Rich    brich@bergersingerman.com, efile@bergersingerman.com;jbullock@bergersingerman.com;efile@ecf.inforuptcy.com
- Steven H. Rothstein    steverothstein@miamibeachfl.gov
- Peter D. Russin    prussin@melandrussin.com, ltannenbaum@melandrussin.com;mrbnefs@yahoo.com;prussin@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- Steven R Safra    Steven.Safra@csklegal.com, maria.montenegro@csklegal.com
- Adam I Skolnik    askolnik@skolniklawpa.com, bk.skolniklaw@gmail.com;skolnikar45106@notify.bestcase.com

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service).

American Express National Bank
c/o Becket and Lee LLP
PO Box 3002
Malvern, PA 19355-0701

Ricardo Corona
3899 NW 7 St, Second Floor
Miami, FL 33126

Dennis A. Donet
9100 S Dadeland Blvd #906
Miami, FL 33156

Miami-Dade County Tax Collector
c/o Alexis Gonzalez
200 NW 2nd Avenue, Suite 430
Miami, FL 33128-1733

EXHIBIT 1

**EXHIBIT A**
**INSTRUCTIONS**

a. All references to any Person (as defined below) includes his/her/its employees, agents, servants, subsidiaries, parent company, affiliated company and any other person or entity or Representative (as defined below) acting or purporting to act on behalf or under his/her control.

b. As used herein, the singular shall include the plural, the plural shall include the singular, the past tense shall include the present and the present tense shall include the past, so as to bring into the scope of definitions and document requests all matters which by any other construction would fall outside their scope.

c. These requests encompass all documents in the responding party's custody, possession or control, whether or not such documents were prepared by or for such responding party. Where knowledge, information or documents in the responding party's possession, custody or control are requested or inquired of, such request or inquiry includes knowledge, information or documents in the possession, custody or control of each of responding party's employees, agents, accountants, attorneys, auditors, representatives and any other individuals or entities from whom the responding party could obtain documents.

d. If there is a claim that any privilege excuses production of any document or part thereof, the responding party must provide a log identifying each allegedly privileged document by title, type, date, author, recipients and subject matter, and state the privilege, and respond as fully as otherwise possible with all nonprivileged documents in whole or part.

e. When producing the documents, please keep all documents segregated by the file in which the documents are contained and indicate the name of the file in which the documents are contained, and the name of the documents being produced.

f. When producing the required documents, please produce all other documents that are clipped, stapled or otherwise attached to any requested document.

g. In the event such file(s) or document(s) has (have) been removed, either for the purpose of this action or for some other purpose, please state the name and address of the person who removed the file, the title of the file and each subfile, if any, maintained within the file, and the present location of the file.

h. If any document to be produced has been destroyed or is otherwise incapable of production, state: (a) the date, place and means of the destruction; (b) the name and address of each person deciding upon, participating in and having knowledge of the destruction; (c) the reason for the destruction; and (d) if not destroyed, the reason why the document is incapable of production.

i. Unless another time period is specified, this Request is addressed to documents created since January 1, 2014.

## DEFINITIONS

a. "You" or "Your" refers to Corporate Representative of ASTOR EB-5, LLC, including his/her/its employees, agents, servants, subsidiaries, parent company, affiliated company, and other persons acting or purporting to act on your behalf, including your Representative (as defined below).

b. "Materials" shall mean all "Documents", "Writings", "Agreements", and "Communications" as those terms are defined herein.

c. "Document(s)" or "Writing(s)" shall be deemed to include every record of every type, and is used in the broadest sense and includes any medium upon which intelligence or information can be recorded and further includes, but is not limited to, all originals, nonidentical copies and drafts of the following items, whether printed, handwritten, typed, recorded, or stored on any electromagnetic storage device, or reproduced by hand, including without limitation correspondence, memoranda, invoices, receipts, records, ledger cards or other accounting records, voucher, check, shop order, diary, calendar, instruction, summaries of personal conversations or interviews, minutes or records of meetings or conferences, transcripts, opinions or reports of consultants, projections, drafts, contracts, agreements, confirmations, statistical statements, studies, telegrams, telexes, books, notes, reports, logs, diaries, tape recordings, video cassettes and data compilations from which information can be obtained, charts, photographs, notebooks, drawings, plans, printed materials of any kind, charts and interoffice communications, and any other writing of whatever description, including but not limited to any information contained in any computer, or represented by a computer program, signed or unsigned, regardless of whether approved, signed, sent, received, redrafted, or executed, study, work paper, handwritten note, draft, demand, chart, paper, print, laboratory record, drawing sketch, diagram, form, graph, index, list, tape, photograph, microfilm, data sheet, data processing card, or any other written, recorded, transcribed, punched, taped, filmed, or graphic matter, however produced and reproduced.

d. "Communication" means any oral or written statement, dialogue, colloquy, discussion or conversation, and also means any transfer of thoughts or ideas between persons by means of documents and includes any transfer of data from one location to another by electronic or similar means.

e. "Representative" means any and all agents, employees, servants, officers, directors, attorneys, or other persons acting or purporting to act on behalf of the person in question.

f. "Evidencing" means having a tendency to show, prove or disprove.

g. The words "and" and "or" as used herein shall be construed either disjunctively or conjunctively as required by the context to bring within the scope of these Interrogatories any answer that might be deemed outside their scope by another construction.

h. "Control" means in your possession, custody or control or under your direction, and includes in the possession, custody or control of those under the direction of you or your employees, subordinates, counsel, accountant, consultant, expert, parent or affiliated corporation, and any person purporting to act on your behalf.

i. "<u>Related to</u>" or "<u>Relating to</u>" shall mean directly or indirectly, refer to, reflect, describe, pertain to, arise out of or in connection with, or in any way legally, logically, or factually be connected with the matter discussed.

j. "<u>Including</u>" shall mean including but not limited to.

k. "<u>Person</u>" refers to any natural person, individual, proprietorship, partnership, corporation, association, organization, joint venture, business trust or other business enterprise, governmental body or agency, or governmental, public, legal or business entity, or group of natural persons or other entities whether *sui juris* or otherwise."

## **DOCUMENT REQUESTS**

PLEASE PRODUCE THE FOLLOWING:

1. Income and expense statements with full supporting schedules for the following periods (all statements showing occupied room nights for respective periods):
   a. Current YTD (also showing similar prior year YTD period)
   b. Past five calendar years

2. Documents evidencing annual totals of subject property's occupied room nights and rooms revenue for last five calendar years.

3. The real and personal property tax bills for the prior three calendar years, including most recent year available (three years of bills requested).

4. List of or documents evidencing capital expenditures for current YTD period and the last three calendar years;

5. Documents evidencing any capital plan for remainder of the current year and the next three calendar years (as available).

6. Documents evidencing any property improvement plan (PIP), including any associated budget.

7. Copies of hotel floor plans, site survey, and legal description in PDF.

8. Copies of any leases, management contracts, franchise agreements, mortgages, title reports, stock or partnership agreements, union agreements, service contracts, reservation reports, inspection reports, engineering reports, and any other reports, contracts or agreements concerning the property.

9. Copies of past appraisals, market and feasibility studies, impact studies, prospectuses, STR Trend Reports, and any Phase I or Phase II environmental audit reports.