

**ORDERED in the Southern District of Florida on September 19, 2019.**

A. Jay Cristol, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
*MIAMI DIVISION*

In re:

ASTOR EB-5, LLC,

. Debtor and Debtor-In-Possession.
_____\

Case No.: 18-24170-AJC

Chapter 11

### ORDER GRANTING EX-PARTE MOTION TO SHORTEN NOTICE PERIOD TO HEAR ASTOR EB 5, LLC, DEBTOR-IN-POSSESSION'S MOTION FOR APPROVAL OF A COMPROMISE AND SETTLEMENT WITH ASTOR FUNDING, LLC

THIS MATTER came before the Court without a hearing upon Debtor's Ex-Parte Motion to Shorten Notice Period to Hear Debtor-in-Possession's Motion for Approval of a Compromise and Settlement with Astor Funding, LLC (the "Motion"). With the Court having reviewed the Motion, being advised of the nature of the motion, and having determined that good cause exists to grant the Motion, it is

ORDERED as follows:

1. The Ex-Parte Motion is **GRANTED**.

2. The Notice Period is shortened to hear the Debtor's Motion for Approval of a Compromise and Settlement with Astor Funding, LLC. on Friday, September 27, 2019 @ 10:30 AM in Courtroom 7, 301 N Mia Ave, Mia FL.

Submitted by:

Ricardo Corona, Esq.
CORONA LAW FIRM. P.A.
3899 NW 7th Street, Ste 202
Miami, Florida 33126
Tel.: (305) 547-1234


Copies to:
Ricardo Corona, Esq.
Attorney Corona is hereby directed to furnished a conformed copy
hereof to all parties in interest immediately upon receipt