

**ORDERED in the Southern District of Florida on September 27, 2019.**

_____
**A. Jay Cristol, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

ASTOR EB-5, LLC,                                         Case No.: 18-24170-AJC
                                                                          Chapter 11

           Debtors.
_____/

## ORDER ON VARIOUS MOTIONS HEARD ON SEPTEMBER 27, 2019

THIS CASE having come before the Court, on **September 27, 2019** at **10:30 AM** upon the following matters: (1) the Shareholder's Motion for Entry of an Order Dismissing Chapter 11 Case [ECF No. 148] (the "***Motion to Dismiss***"); (2) the Debtor's Joinder in Shareholder's Motion for Entry of an Order Dismissing Chapter 11 Case [ECF No. 157] (the "***Joinder***"); and (3) Astor EB-5 Funding, LLC's Response in Opposition to Shareholder's Motion for Entry of an Order Dismissing Chapter 11 Case and Request to Appoint a Chapter 11 Trustee, or in the Alternative, Convert Chapter 11 Case to Chapter 7 Case [ECF NO. 158] (the "***Motion to Appoint a Trustee***"); (4) Debtor's Motion to Approve a Compromise and Settlement with Astor Funding

LLC and 1651 Astor, LLC [ECF NO. 176] (the "*Motion to Approve Settlement*"); and (5) Objection Claims of David J. Hart, Maria Claudia Gallo Lodo, Astor EB-5 Funding, LLC and Alejandro Martinez [ECF NO. 122] (the "*Claim Objections*").  The Court, having reviewed the Motions to Dismiss, Joinder and Motion to Appoint a Trustee, Motion to Approve Settlement and Claim Objections, with all parties hereto being represented by counsel, all parties having submitted themselves to the jurisdiction of this Court, and the Debtor and the parties' respective counsel having confirmed the terms of the settlement, and the Court being otherwise fully advised,

**IT IS ORDERED AND ADJUDGED:**

1. The Motion to Approve Settlement is **GRANTED.**

2. The Shareholder's Motion to Dismiss and Joinder by Debtor are **GRANTED.**

3. The Motion to Appoint a Chapter 11 Trustee is **DENIED**.

4. The Claim Objections are **DENIED AS MOOT**.

5. **IT IS FURTHER ORDERED** that this chapter 11 case is dismissed with prejudice to the filing of a petition under chapter 11 of the Bankruptcy Code for a period of one year from the date of this Order, and it is further

6. **ORDERED** that the debtor, shall pay the United States Trustee the appropriate sum required pursuant to 28 U.S.C. Section 1930(a)(6) within ten (10) days of the entry of this Order and shall simultaneously file and provide to the United States Trustee appropriate affidavits indicating the cash disbursements for the relevant periods since the period reported on the last debtor-in- possession report filed by the debtor, and it is further

7. **ORDERED** that the debtor shall pay the Bankruptcy Clerk of the Court any outstanding fees, costs and charges in connection with this case within ten (10) days of the entry

of this Order, and it is further

      **8.**    **ORDERED** that the Court shall retain jurisdiction to enforce the terms of the Funding Settlement Agreement and the Landlord Settlement Agreement, unless the State Court retains such jurisdiction; and it is further

      **9.**    **ORDERED** that the Court shall retain jurisdiction to enforce the provisions of this Order.

###

Submitted by:
Adam I. Skolnik, Esq.
Adam I. Skolnik, P.A.
1761 West Hillsboro Boulevard, Suite 201
Deerfield Beach, Florida 33442
Tel: 561.265.1120
askolnik@skolniklawpa.com

Attorney <u>Adam I. Skolnik</u> is directed to serve a conformed copy of this Order on all interested parties immediately upon receipt hereof and to file a certificate of service.