**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

In re: ASTOR EB-5 LLC,                     CASE NO. 18-24170-AJC
                                           CHAPTER 11
Debtor,
_____/

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that true and correct copies of the documents listed below were furnished, by transmission of Notices of Electronic Filing generated by CM/ECF on the date the items was entered on the docket, to those parties registered to receive:

Doc 195 Emergency Motion To Reopen Case To Shorten Prejudice Period Emergency Hearing Required On or Before Wednesday June 17, 2020

Notice of Hearing for June 17, 2020 at 10:30 SAM

Dated: 6/12/20 Respectfully submitted,

JOEL M. ARESTY, P.A.
Board Certified Business
Bankruptcy Law
Attorneys for Debtor
309 1st Ave S
Tierra Verde, FL 33715
Fax: 800-559-1870
Phone: (305) 904-1903
Aresty@Mac.com
By:/s/ Joel M. Aresty, Esq
Fla. Bar No. 197483