

**ORDERED in the Southern District of Florida on June 17, 2020.**

A. Jay Cristol, Judge
United States Bankruptcy Court

___

### IN THE UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA
### Miami Division

**In re:**
**ASTOR EB-5 LLC**            **CASE NO. 18-24170-AJC**
　　**Debtor,**                **Chapter 11**
_____/

Order Granting Motion to Reopen Case and Shortening Prejudice Period,
Granting Stay Relief, and Directing the Clerk of Court to Reclose Case

　　This cause came before the Court June 17, 2020 at 10:30 AM upon Emergency Motion to Reopen Chapter 11 Case Filed by Debtor Astor EB-5, LLC ( Doc 194) and Emergency Motion to Shorten Prejudice Period (Re: 185 Order Dismissing Case) Filed by Debtor Astor EB-5, LLC ( Doc 195), the Objection to (194 Emergency Motion to Reopen Chapter 11 Case Filed by Creditor 1651 Astor LLC, and Reply to 198 Objection filed by Creditor 1651 Astor LLC("Landlord")) filed by Debtor Astor EB-5, LLC, and with all parties hereto being represented by counsel, all parties having submitted at the hearing themselves to the jurisdiction of this Court, and the Court being otherwise fully advised,

IT IS ORDERED AND ADJUDGED:

　　1.　　The Motion to Reopen Case is GRANTED as set forth below.

　　2.　　The Motion to Shorten Prejudice Period is Granted, and

      3.      This case is reopened for the sole purpose of shortening the prejudice period previously set in Doc 185, from September 27, 2020 to June 16, 2020, for the reasons stated on the record at the hearing.

      4.      Provided the Debtor files a new Chapter 11 case prior to the pending hearing on the Landlord's eviction motion in state court, set for June 18, 2020, then the filing of the new case shall stay that hearing on the eviction motion. Further, in the newly filed Chapter 11 case, stay relief is granted to the Landlord, to allow the Landlord to reset its eviction hearing no sooner that 70 days from June 18, 2020.  Pending the Court's calendar and availability, the Landlord shall request, via motion, a hearing in any new Chapter 11 case at least 10 days prior to the new hearing on the eviction motion, to consider whether the disputes between Landlord and Tenant have been resolved.

      5.      The Clerk of Court is directed to re-close this case upon the entry of this order, but no US Trustee fees or Monthly Reports shall be required as a result of the entry of this order, and the Court reserves jurisdiction to enforce the provisions of this order.

###

Submitted by Joel M. Aresty, Esq. aresty@icloud.com , 305-904-1903. Attorney Aresty is directed to serve a conformed copy of this Order on all interested parties immediately upon receipt hereof and to file a certificate of service.