UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

ASTOR EB-5, LLC,                                         Case No.: 18-24170-AJC
                                                         Chapter 11

       Debtors.
_____/

## MELAND RUSSIN & BUDWICK, P.A.'S
## NOTICE OF APPEARANCE AND RESERVATION OF RIGHTS

**PLEASE TAKE NOTICE** that the law firm of Meland Russin & Budwick, P.A. files its appearance as counsel for creditors, Alejandro Martinez, Astor EB-5 Funding, LLC, and Maria Claudia Gallo Lodo (collectively, the *"Creditors"*), in the above-captioned case. Pursuant to § 1109(b) and all other applicable provisions of the Bankruptcy Code and Bankruptcy Rules 2002 and 9010, these Creditors request that all notices and other papers given are required to be served in this case be given to and served upon the following:

Michael S. Budwick, Esquire
Fla. Bar No. 938777
mbudwick@melandrussin.com
MELAND RUSSIN & BUDWICK, P.A.
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 358-6363
Facsimile: (305) 358-1221

Please take further notice that, pursuant to §§ 2002 and 9010 and all other applicable provisions of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the rules specified above, but also includes, without limitation, notices and other papers as to any application, complaint, demand, hearing, motion, petition, pleading or

request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telex, or otherwise filed with regard to the above-referenced proceeding.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on June 17, 2020 via the Court's Notice of Electronic Filing upon the Registered Users listed on the attached **Exhibit 1** and via Regular U.S. Mail upon the parties listed on the Manual Notice List.

      s/Michael S. Budwick
      Michael S. Budwick, Esquire
      Fla. Bar No. 938777
      mbudwick@melandrussin.com
      MELAND RUSSIN & BUDWICK, P.A.
      3200 Southeast Financial Center
      200 South Biscayne Boulevard
      Miami, Florida 33131
      Telephone: (305) 358-6363
      Facsimile: (305) 358-1221

*Attorneys for Creditors*

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Joel M. Aresty**   aresty@mac.com
- **Johanna Armengol**   Johanna.Armengol@usdoj.gov, johanna.armengol@usdoj.gov
- **Terrence Ayala**   tcayala@gmail.com
- **Barry O Chase**   barry@chaselawyers.com
- **Ricardo Corona**   bk@coronapa.com, rcorona@coronapa.com
- **Meaghan E Murphy**   mmurphy@melandrussin.com, ltannenbaum@melandrussin.com;mrbnefs@melandrussin.com;mmurphy@ecf.courtdrive.com
- **Office of the US Trustee**   USTPRegion21.MM.ECF@usdoj.gov
- **Paul L. Orshan**   paul@orshanpa.com, seelenams@gmail.com
- **Brian G Rich**   brich@bergersingerman.com, efile@bergersingerman.com;jbullock@bergersingerman.com;efile@ecf.inforuptcy.com
- **Steven H. Rothstein**   steverothstein@miamibeachfl.gov
- **Peter D. Russin**   prussin@melandrussin.com, ltannenbaum@melandrussin.com;mrbnefs@yahoo.com;prussin@ecf.courtdrive.com;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- **Steven R Safra**   Steven.Safra@csklegal.com, maria.montenegro@csklegal.com
- **Adam I Skolnik**   askolnik@skolniklawpa.com, bk.skolniklaw@gmail.com;skolnikar45106@notify.bestcase.com

**Manual Notice List**

**American Express National Bank**
c/o Becket and Lee LLP
PO Box 3002
Malvern, PA 19355-0701

**Ricardo Corona**
3899 NW 7 St, Second Floor
Miami, FL 33126

**Dennis A. Donet**
9100 S Dadeland Blvd #906
Miami, FL 33156

**Miami-Dade County Tax Collector**
c/o Alexis Gonzalez
200 NW 2nd Avenue, Suite 430
Miami, FL 33128-1733

**Exhibit 1**